**Order filed March 21, 2013, Withdrawn, Appeal Reinstated and Order filed March 28, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-01102-CR**
_____

**GUADALUPE MENDOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1025191**

## ORDER

On March 21, 2013, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine why appellant failed to file a brief.

Today, appellant filed a motion to reinstate the appeal because counsel inadvertently omitted this cause number from a motion to extend time to file appellant's brief.

The motion is granted.  Our order of March 21, 2013, is withdrawn.  The appeal is reinstated.  Appellant's brief is due April 16, 2013.

PER CURIAM